In the Matter of RUDY's NEW YORKER, INC., Respondent, against EVERETT FROOKS, Appellant.

Argued October 11, 1938; decided October 25, 1938.

*William J. Steckler* and *David Steckler* for appellant.
*Sydney D. Robins* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.